FILED

11/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0645

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0645

IN THE MATTER OF THE
MENTAL HEALTH OF

T.W.,

     Respondent and Appellee.

**ORDER**

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including December 23, 2024, to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 21 2024